

# NUMBER 13-17-00021-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PLAINSCAPITAL BANK AND MIKE L. MOLAK

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Benavides and Hinojosa
### Per Curiam Order

Relators, PlainsCapital Bank and Mike L. Molak, filed a petition for writ of mandamus and emergency motion to stay proceedings in the above cause on January 12, 2017. Through this original proceeding, relators seek to compel the trial court to grant their motion to transfer venue to Bexar County or their motion to abate the underlying lawsuit based on dominant jurisdiction. Through their emergency motion to stay proceedings, relators seek to stay all proceedings in the trial court pending the resolution of this original proceeding.

The Court, having examined and fully considered the emergency motion to stay proceedings, is of the opinion that the motion should be granted. The emergency motion is GRANTED and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Cantera Parkway Development Partners S.A., L.P., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
13th day of January, 2017.

2